# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**WILLIAM RAY PITTMAN**                                              **PETITIONER**
**ADC #610403**

**v.**                      **CASE NO.: 5:07CV00242 BD**

**LARRY NORRIS**                                                    **RESPONDENT**
**Director, Arkansas Department**
**of Correction**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered

denying this 28 U.S.C. §2254 Petition for Writ of Habeas Corpus with prejudice.

IT IS SO ORDERED this 11th day of June, 2008.

_____
UNITED STATES MAGISTRATE JUDGE